**Carolyn B. SANTANA, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 01–2455.

United States Court of Appeals,
Fourth Circuit.

Submitted April 15, 2002.

Decided April 29, 2002.

Harriet McBryde Johnson, Charleston, South Carolina; Ronald Jebaily, Jebaily Glass & Meacham, Florence, South Carolina, for Appellant. Robert D. McCallum, Jr., Assistant Attorney General, J. Strom Thurmond, United States Attorney, James D. McCoy, III, Assistant United States

**120**

Attorney, Deana R. Ertl–Lombardi, Regional Chief, Teresa H. Abbott, Assistant Regional, Social Security Administration, Denver, Colorado, for Appellee.

Before WILLIAMS, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Carolyn Santana appeals the district court's order that, based upon a report and recommendation of a magistrate judge, upheld the Administrative Law Judges's denial of her claim for Supplemental Security Income benefits and for a period of disability and disability insurance benefits.

We must uphold the decision to deny disability benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C.A. § 405(g) (West Supp.2001); *Craig v. Chater*, 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court and magistrate judge. *Santana v. Barnhart*, No. CA–00–1110–24RB (D.S.C. Oct. 3, 2001).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*